FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

2014 JUL -1 A 11: 27

CLERK US [illegible]
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., MICHAEL ANGEL, <br><br> Plaintiff, <br><br> v. <br><br> FRANCONIA REAL ESTATE SERVICES, INC. d/b/a RE/MAX ALLEGIANCE RELOCATION SERVICES, <br><br> Defendant. | Civil No.: 1:12 Civ. 764 (JCC) (TCB) <br><br> FILED EX PARTE AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), the United States, having intervened in part of this *qui tam* action brought pursuant to the False Claims Act, 31 U.S.C. §§ 3729-3733 (FCA), and Relator Michael Angel ("Relator"), hereby notify the Court of the voluntary dismissal of this action as set forth below.

In accordance with, and subject to the terms of, a settlement agreement ("the Settlement Agreement") reached between the United States, Relator, and defendant Franconia Real Estate Services, Inc., d/b/a RE/MAX Allegiance Relocation Services ("Defendant"), the United States is voluntarily dismissing, with prejudice, the claims asserted by Relator in this action on behalf of the United States and against Defendant for the Covered Conduct as defined in Paragraph C of the Settlement Agreement. Relator consents to the dismissal with prejudice of those claims.

In addition, Relator is voluntarily dismissing, with prejudice to Relator and without prejudice to the United States, the remaining claims asserted by Relator against Defendant in this action, including claims made in Relator's individual capacity, as well as those claims asserted on behalf of the United States in which claims the United States has declined to intervene.

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby consents to Relator's voluntary dismissal of that portion of the action, provided such dismissal is without prejudice to the United States.

The Defendant has not filed an answer or responsive pleading to the Complaint.

A proposed Order accompanies this Joint Stipulation of Dismissal.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

| AGREED TO: | AGREED TO: |
|---|---|
| FOR THE RELATOR: | FOR THE UNITED STATES: |
| *[signature]* | STUART F. DELERY |
| VICTOR M. GLASBERG | Assistant Attorney General |
| VA BAR NO. 16184 | Civil Division |
| VICTOR M. GLASBERG & ASSOCIATES | |
| Counsel for Relator Michael Angel | DANA J. BOENTE |
| 121 South Columbus Street | United States Attorney |
| Alexandria, VA 22314 | Eastern District of Virginia |
| Tel: (703) 684-1100 | *[signature]* |
| Fax: (703) 684-1104 | MICHAEL D. GRANSTON |
| Email: vmg@robinhoodesq.com | JUDITH RABINOWITZ |
| | ANDREW A. STEINBERG |
| TERESA N. CAVENAUGH | Commercial Litigation Branch, Civil Division |
| DUANE MORRIS LLP | U.S. Department of Justice |
| Counsel for Relator Michael Angel | Counsel for the United States |
| 30 South 17th Street | Post Office Box 261 |
| Philadelphia, PA 19103 | Washington, D.C. 20044 |
| Tel: (215) 979-1808 | Telephone: (202) 616-1437 |
| Email: tncavenagh@duanemorris.com | Fax: (202) 307-3852 |
| | e-mail: Andrew.Steinberg@usdoj.gov |
| | |
| | PETER S. HYUN |
| | Assistant U.S. Attorney |
| | Counsel for the United States |
| | 2100 Jamieson Ave. |
| | Alexandria, VA 22314 |
| | Tel: (703) 299-3737 |
| | Fax: (703) 299-3983 |
| | e-mail: peter.hyun@usdoj.gov |

Dated: June 30, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2014, a true and correct copy of the **JOINT STIPULATION OF DISMISSAL** and a proposed Order were mailed by first-class mail to:

Victor M. Glasberg
Bernadette Armand
Victor M. Glasberg & Associates
121 South Columbus Street
Alexandria, VA 22314

Teresa N. Cavenagh
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103.

*Counsel for Relator Michael Angel*

_____
PETER S. HYUN
Assistant United States Attorney